UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JAMES E. FOX; JOHN H. MAKOWSKY;         MEMORANDUM
and NICHOLAS J. CRISMALE,                             AND
Individually and On Behalf of:                            ORDER
ALL OTHERS SIMILARLY SITUATED,         00-CV-5145 (TCP)(ETB)

                Plaintiffs,


           - versus -

CHEMINOVA, INC., CHEMINOVA AGRO
A/S, AGREVO ENVIRONMENTAL HEALTH,
INC., CLARKE MOSQUITO CONTROL
PRODUCTS, INC., ZOECON CORPORATION,
and Corporations "1" through "5"

                Defendants.
----------------------------------------------------------------X

PLATT, District Judge.

      Before the Court is the Report of the Co-Special Master, James M. Catterson, Jr., in the above action. The Report is submitted to this Court for approval pursuant to paragraph 8(d) of this Court's August 3, 2006 Final Order and Judgment Approving Settlement.

      Before this Court may adopt the Co-Special Master's Report, the same must be served and filed in accordance with Fed. R. Civ. P. 53(f). Therefore, the Co-Special Master is hereby ordered pursuant to Fed. R. Civ. P. 53(f) to file the Report with the Court and promptly serve a copy of the Report and this Order on the above named parties or their counsel. In accordance with Fed. R. Civ. P.

53(g)(2), the parties may file objections to the Report no later than twenty (20) days from the date of service. If no objections are filed, this Court may adopt and affirm the Co-Special Master's Report in a separate order.

SO ORDERED.

/s/
Thomas C. Platt, U.S.D.J.

Dated: Central Islip, New York
       March 19, 2007